UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CHAIM GREENFELD, SHIFRA GREENFELD
and OR GREENFELD,

                  Plaintiffs,

-against-

YERUSHALMI & ASSOCIATES, L.L.P.,
JOSEPH YERUSHALMI, ESQ., and
THE ESTATE OF DAVID STERN, ESQ.,

                  Defendants.
-----------------------------------------------------------------X

JUDGMENT
05-CV- 5374 (ERK)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ JUN 5 2006 ★

BROOKLYN OFFICE

A Memorandum and Order of Honorable Edward R. Korman, United States District Judge, having been filed on May 31, 2006, dismissing the complaint without prejudice for lack of subject matter jurisdiction; it is

ORDERED and ADJUDGED that plaintiffs take nothing of the defendants; and that judgment is hereby entered dismissing the complaint without prejudice for lack of subject matter jurisdiction.

Dated: Brooklyn, New York
        June 01, 2006

                                                  s/Robert C. Heinemann
                                                  ROBERT C. HEINEMANN
                                                  Clerk of Court